B1 (Official Form 1) (12/11)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

**VOLUNTARY PETITION**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Chamberlin, Karen, Joy | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Chamberlin, Bruce, Lee |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>1187 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>5129 |
| Street Address of Debtor (No. and Street, City, and State):<br>6453 Sunny Meadow Drive<br>Machesney Park, IL<br>ZIP CODE 61115 | Street Address of Joint Debtor (No. and Street, City, and State):<br>6453 Sunny Meadow Drive<br>Machesney Park, IL<br>ZIP CODE 61115 |
| County of Residence or of the Principal Place of Business:<br>Winnebago | County of Residence or of the Principal Place of Business:<br>Winnebago |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 21 2013
KENNETH S. GARDNER, CLERK
DEPUTY CLERK - LD

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7 ☐ Chapter 15 Petition for<br>☐ Chapter 9 Recognition of a Foreign<br>☐ Chapter 11 Main Proceeding<br>☐ Chapter 12 ☐ Chapter 15 Petition for<br>☐ Chapter 13 Recognition of a Foreign<br> Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☑ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>----<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1) (12/11) | | Page 2 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Chamberlin, Karen Joy and Bruce Lee | |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11) Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Chamberlin, Karen Joy and Bruce Lee |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signed]*<br>Signature of Debtor<br><br>X *[signed]*<br>Signature of Joint Debtor  815-703-4696<br>Telephone Number (if not represented by attorney)<br>3-21-2013<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____<br>Signature of Attorney for Debtor(s)<br><br>Printed Name of Attorney for Debtor(s)<br><br>Firm Name<br><br>Address<br><br>Telephone Number<br><br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X _____<br>Signature<br><br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>Printed Name of Authorized Individual<br><br>Title of Authorized Individual<br><br>Date | |

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re Karen Chamberlin                                    Case No. _____
         Debtor                                                      (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                                    Page 2

    ☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

    **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
        ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

    I certify under penalty of perjury that the information provided above is true and correct.

                Signature of Debtor: *[signature]*
                Date: 3-21-2013

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re Bruce Chamberlin                    Case No. _____
      Debtor                                     (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                           Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _____

Date: 3-21-2013

B6I (Official Form 6I) (12/07)

In re _____Chamberlin, Karen and Bruce_____ ,   Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): Daughter, Son | AGE(S): 11, 10 |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Truck Driver/Owner Operator | None |
| Name of Employer | R and C Trucking, LLC | |
| How long employed | 4 Years | |
| Address of Employer | 6453 Sunny Meadow Drive Machesney Park, IL 61115 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| | $0.00 | $0.00 |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | $ |
| 2. Estimate monthly overtime | | |
| 3. SUBTOTAL | $0.00 | $0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ | $ |
|    b. Insurance | $ | $ |
|    c. Union dues | $ | $ |
|    d. Other (Specify): _____ | $ | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | $0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | $0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $4045.85 | $0.00 |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social security or government assistance (Specify):_____ | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify):_____ | $ | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $4045.85 | $0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $4045.85 | $0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $4045.85 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
　　Fluctuates depending on how many loads get hauled per month.

Associated Bank
Acct# 698406241039XXXX
200 Adams Street
Green Bay WI 54301-5142

BMO Harris Bank N.A
Attn: SVCG Dept D Bryan Mundy
Acct# 850009XXXX
PO Box 5034
Rolling Meadows, IL 60008-5043

BMO Harris Bank N.A
Attn: SVCG Dept D Bryan Mundy
Acct# 7019XXXX
Rolling Meadows, IL 60008-5043

Chase
Acct# 156001823XXXX
11200 W Parkland Ave
PO Box 3139
Milwaukee, WI 53201-3139

Chase
Acct# 156102395XXXX
11200 W Parkland Ave
PO Box 3139
Milwaukee, WI 53201-3139

Green Tree
Acct# 8993XXXX
PO Box 6172
Rapid City, SD 57709-6172

Market Street Mortgage
Acct# 1000525112XXXX
70 W Red Oak Ln Fl 4
West Harrison, NY 10604-3613

BMO Harris Bank N.A.
Acct# 610023XXXX
200 W Monroe St Fl 19
Chicago, IL 60606-5057

BMO Harris Bank N.A.
Acct# 610014XXXX
200 W Monroe St Fl 19

1

Chicago, IL 60606-5057

Credit Acceptance Co
Acct# 4378XXXX
25505 W 12 Mile Rd
Southfield, MI 48034-1846

FMC-Omaha Service Ctr
Acct# 4277XXXX
PO Box 542000
Omaha, NE 68154-8000

FMC-Omaha Service Ctr
Acct# 3708XXXX
PO Box 542000
Omaha, NE 68154-8000

Creditthrift of America
Acct# 6100033505348XXXX
342 Chrysler Drive
Belvedire, IL 61008-6001

American General Fin-Br #2
Acct# 507213701369XXXX
600 N Royal Ave
Evansville, IN 47715-2612

SST/Cigpf1corp
Acct# 2654XXXX
4315 Pickett Rd.
Saint Joseph, MO 64503-1600

Comenity Bank/Clark
Acct# 707654001004XXXX
Reporting
8035 Quivira Rd
Lenexa, KS 66215-2746

Amazon Com/CBSD
Acct# 603526100408XXXX
PO Box 6497
Sioux Falls, SD 57117-6497

Barclays Banks Delaware
Acct# 514021801030XXXX
PO Box 8803

2

Wilmington, DE 19899-8803

Chase Card Services
Acct# 455950100083XXXX
PO Box 15298
Wilmington, DE 19850

GECRB/Care Credit
Acct#601918039104XXXX
PO Box 965036
Orlando, FL 32896-5036

GECRB/Walmart
Acct# 603220707072XXXX
PO Box 965024
Orlando, FL 32896-5024

Capital One
Acct# 512734000054XXXX
Po Box 5253
Carol Stream, IL 60197-5253

Sears/CBNA
Acct# 504994016920XXXX
133200 Smith Rd
Cleveland, OH 44130

THD/CBNA
Acct# 603532048995XXXX
PO Box 6497
Sioux Falls, SD 57117-6497

Fingerhut/WEBBANK
Acct#627645200212XXXX
6250 Ridgewood RD
Saint Cloud, MN 56303-0820

Barclays Bank Delaware
Acct# 514021801038XXXX
PO Box 8803
Wilmington, DE 19899-8803

Beneficia/HFC
Acct# 4117490012XXXX
PO Box 9068
Brandon, FL 33509

Capital One
Acct#517805181929XXXX
PO Box 30281
Salt Lake City, UT 84130-0281

Chase Card Services
Acct# 455950140055XXXX
PO Box 15298
Wilmington, DE 19850

Cit Bank/Fingerhut Direct
Acct# 627645200212XXXX
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820

Comenity Bank/Lnbryant
Acct# 74134XXXX
PO Box 182789
Columbus, OH 43218-2789

Fingerhut/Metabank
Acct# 627645200021XXXX
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820

Gecrb/Care Credit
Acct# 601918039327XXXX
PO Box 965036
Orlando, FL 32896-5036

Target Credit Services
Acct# 24700XXXX
PO Box 673
Minneapolis, MN 55440-0673

THD/CBNA
Acct# 603532048993XXXX
PO Box 6497
Sioux Falls, SD 57117-6497

Asset Acceptance LLC
Acct# Dell Fina-12269XXXX
PO Box 2036
Warren, MI 48090-2036

4

Asset Acceptance LLC
Acct# Benefici-1040006XXXX
PO Box 2036
Warren, MI 48090-2036

Equable Ascent Financial, LLC
1120 W Lake Cook Rd
Suite B
Buffalo Grove, IL 60089-1970

BMO Harris Bank N.A.
Acct# 610023XXXX
200 W Monroe St Fl 19
Chicago, IL 60606-5057

Barclays Bank Delaware
Acct# 514021801030XXXX
PO Box 8803
Wilmington, DE 19899-8803

BMO Harris Bank N.A.
Acct# 850009XXXX
Attn: SVCG Dept D Bryan Mundy
Rolling Meadows, IL 60008-5043

Chase
Acct# 156001823XXXX
11200 W Parkland Ave
PO Box 3139
Milwaukee, WI 53201-3139

Chase
Acct#156102395XXXX
11200 W Parkland Ave
PO Box 3139
Milwaukee, WI 53201-3139

Chase Card Services
Acct# 455950100083XXXX
PO Box 15298
Wilmington, DE 19850

Credit Acceptance Corporat
Acct# 4378XXXX
25505 W. 12 Mile Rd
Southfield, MI 48034-1846

5

FMC-Omaha Service Center
Acct# 4277XXXX
PO Box 542000
Omaha, NE 68154-8000

GECRB/Care Credit
Acct# 601918039104XXXX
PO Box 965036
Orlando, FL 32896-5036

Green Tree
Acct#8993XXXX
PO Box 6172
Rapid City, SD 57709-6172

Capital One
Acct#512734000054XXXX
PO Box 5253
Carol Stream, IL 60197-5253

Sears/CBNA
Acct# 504994016920XXXX
133200 Smith Rd.
Cleveland, OH 44130

Creditthrift of America
Acct# 610033505348
342 Chrysler Drive
Belvidere, IL 61008-6001

American General Fin-Br #2
Acct# 507213701369XXXX
600 Royal Ave
Evansville, IL 47715-2612

SST/CIGPF1Corp
Acct#2654XXXX
4315 Pickett Rd.
Saint Joseph, MO 64503-1600

THD/CBNA
Acct# 603532048995XXXX
PO Box 6497
Sioux Falls, SD 57117-6497

CACH LLC
Acct# WAMU Providian-1507700208090XXXX
4340 S Monaco St
Second Floor
Denver, CO 80237-3485

CACH LLC
Acct# WAMU Providian-1507748908090XXXX
4340 S Monaco St.
Second Floor
Denver, Co 80237-3485

Certified Services
Acct# Vil of Mundelein H20-1400XXXX
PO Box 24
Waukegan, IL 60079-0024

Asset Acceptance,LLC
Acct# Dell Fina-12269XXXX
PO Box 2036
Warren, MI 48090-2036

Asset Acceptance, LLC
Acct# Benefici-1040006XXXX
PO Box 2036
Warren, MI 48090-2036

Barclays Bank Delaware
Attn# 514021801038XXXX
PO Box 8803
Wilmington, DE 19899-8803

Beneficial/HFC
Acct# 4117490012XXXX
PO Box 9068
Brandon, FL 33509

Capitol One
Acct# 517805181929XXXX
PO Box 30281
Salt Lake City, UT 84130-0281

Chase Card Services
Acct# 455950140055XXXX
PO Box 15298
Wilmington, DE 19850

Equable Ascent Financial, LLC
Acct# Barclays-321XXXX
1120 W Lake Cook Rd.
Suite B
Buffalo Grove, IL 60089-1970

Gecrb/Care Credit
Acct# 60191803932XXXX
PO Box 965036
Orlando, FL 32896-5036

Green Tree
Acct# 8993XXXX
PO Box 6172
Rapid City, SD 57709-6172

Target National Bank
Acct# 43523767141XXXX
PO Box 673
Minneapolis, MN 55440-0673

Credit Protection
Acct# Comcast-171055XXXX
PO Box 802068
Dallas, TX 75380-2068

Cach LLC
Acct# WAMU Providian-1507700208090XXXX
4340 S. Monaco St.
Second Floor
Denver, CO 80237-3485

Certified Services
Acct# Condell Med-212891XXXX
PO Box 24
Waukegan, IL 60079-0024

Illinois Tollway
Acct# VS130411263
Attn: Violation Administration Center
2700 Ogden Avenue
Downers Grove, IL 60515-1703

Comcast
Acct# 01-010000-8771103460073408-00

PO Box 3002
Southeastern, PA 19398-3002

R & L Truck Service C/O David J. Axlerod
File # 23708
1448 Old Skokie Road
Highland Park, IL 60035