# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re: Chamberlin, Karen and Bruce  
      Debtor(s)

Case No. 13-80941

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☒ DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$76.50 on or before 4-15-13

$76.50 on or before 5-15-13

$76.50 on or before 6-14-13

$76.50 on or before 7-15-13

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: MAR 26 2013

BY THE COURT:

_____  
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

RE:    Chamberlin, **13-80941**

      I certify that on March 26, 2013 I caused a copy of the attached **Order On Debtors' Application for Waiver of the Chapter 7 Filing Fee** to be served to the parties listed via the Court's electronic notification system or via First Class Mail(**) to the following:

Karen Joy Chamberlin**
Bruce Lee Chamberlin**
6453 Sunny Meadow Drive
Machesney Park, IL 61115

Megan G Heeg
Ehrmann Gehlbach Badger Lee & Considine
Pob 447- 215 E First St, Ste 100
Dixon, IL 61021

Patrick S. Layng
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715


                                        _/s/ Mimi Kuczynski_
                                    **Mimi Kuczynski, Courtroom Deputy**